**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **REGINALD D. WILSON,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) No. 4:09CV1345-DJS |
| | ) |
| **STEVE LARKINS,** | ) |
| | ) |
| Respondent. | ) |

## ORDER

This matter is before the Court upon the report and recommendation of the United States Magistrate Judge, recommending that petitioner Reginald D. Wilson's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be denied. Upon careful consideration of the report and recommendation of the United States Magistrate Judge, and the lack of objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #13] is accepted and adopted.

Dated this ___10th___ day of August, 2010.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE